Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC )<br>  )<br>       Plaintiff,      vs.   )<br>  )<br>JAVIER GRANADOS,  et al,   )<br>  )<br>       Defendant,          )<br>_____ ) | Case No.:  2:10-CV-02163-WDK-FMO<br><br>**███████████ RENEWAL OF JUDGMENT**<br>BY CLERK |

  Based upon the application for renewal of the judgment of the original judgment, and pursuant to

F.R.C.P. 69(a) and C.C.P. §683.110 through  §683.320, and for good cause appearing therefore,

    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Javier Granados,

individually and doing business as Mariscos Blanquita; Blanca Portillo, individually and doing

business as Mariscos Blanquita, entered on March 3, 2011, be and the same is hereby renewed in the

amounts as set forth below:

       Renewal of money judgment

|   |   |   |
|---|---|---:|
| a. | Total judgment | $ 2,400.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal **(add a and b)** | **$ 2,400.00** |
| d. | Credits | $ 00.00 |
| e. | Subtotal **(subtract d from c)** | **$ 2,400.00** |
| f. | Interest after judgment(.27%) | $ 64.39 |
| g. | Fee for filing renewal of application | $ 00.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ **2,464.39** |

Dated: ___February 8, 2021___        CLERK, by _Sharon Hall Brown_____

                                                     Deputy